THE STATE EX REL. WAINER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Wainer v. Indus. Comm.,*
111 Ohio St.3d 263, 2006-Ohio-5701.]

(No. 2006–0005—Submitted September 19, 2006—Decided November 15, 2006.)

———

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent and would reverse the judgment of the court of appeals.

———

Livorno & Arnett Co., L.P.A., and John F. Livorno, for appellant.

Jim Petro, Attorney General, and Charissa D. Payer, Assistant Attorney General, for appellee Industrial Commission of Ohio.